# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:22cr00101 **SEALED** |
| | ) | |
| Michael Rafeal Berkley | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Michael Rafeal Berkley ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

(See attached Indictment)

Date: July 14, 2022

*S. Beal* (signature)
*Issuing officer's signature*

City and state: Richmond, Virginia

S. Beal, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 7/15/22 , and the person was arrested on *(date)* 7/14/22
at *(city and state)* Fort Belvoir, VA .

Date: 7/20/22

*Arresting officer's signature*

Postal Inspector Stefan Hhnb
*Printed name and title*