**CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION**

JUDGE: HANES

REPORTER: FTR

DOCKET NO. _22cr101_

DATE: _7/20/22_

UNITED STATES OF AMERICA      COUNSEL

1. _Michael Berkley_    v.    1. _Darius Holloway_

**APPEARANCES:** GOVERNMENT _Thomas Garnett_ (✓)
DEFENDANT WITH COUNSEL ( ✓ )   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

**BAIL STATUS:** DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED (✓)   BOND NOT SET (✓)

**TYPE OF PROCEEDINGS:** INITIAL (✓) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( ) DETENTION ( ) MOTIONS ( ) OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:** DATE OF ARREST: _____ GOVT'S MOTION TO UNSEAL (✓)
INITIAL APPEARANCE (✓)
INITIAL APPEARANCE (SUPERVISED RELEASE/PROBATION) ( )
GOVT SUMMARIZED CHARGES (✓) DEFT. ADVISED OF RULE 5 RIGHTS (✓)
FINANCIAL AFFIDAVIT ( ) COUNSEL TO BE APPOINTED ( )
DEFT TO RETAIN COUNSEL ( )
GOVT'S MOTION TO DETAIN DEFT (✓) ORDER OF TEMPORARY DETENTION (✓)
DEFT REMANDED (✓) DETENTION HEARING SET: _____

**PRELIMINARY HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( ) DEFT REMANDED ( )
WITNESS(ES) _____
_____
_____
_____

**DETENTION HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )
DEFENDANT RELEASED ON PR BOND ( ) ELECTRONIC MONITORING ( )
3rd PARTY CUSTODIAN ( ) MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
DEFT REMANDED ( ) GOVT NOT SEEKING DETENTION ( )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )
WITNESS(ES) _____
_____
_____
_____

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(f) ( )

**CASE CONTINUED TO:** _July 25, 2022 2:45 pm_ FOR _arraign/detention_

CASE SET: _2:00_ BEGAN: _2:35_ ENDED: _2:40_ TIME IN COURT: _5 mins_