✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA-RICHMOND DIVISION

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| MICHAEL RAFEAL BERKLEY | Case Number:  3:22cr101 |

| PRESIDING JUDGE | COMMONWEALTH'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MARK R. COLOMBELL | THOMAS GARNETT/KENNETH SIMON | DARIUS HOLLOWAY |
| | COURT REPORTER | COURTROOM DEPUTY |
| | FTR | JESSICA SAUNDERS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ● | | 07/25/2022 | ✓ | ✓ | DIRECT EXAMINATION – BRANDON BAZEMORE (POSTAL INSPECTOR) |
| 1 | | 07/25/2022 | ✓ | ✓ | INSTAGRAM PHOTOS OF DEFT'S HOMEPAGE ON INSTAGRAM AND OF DEFT WITH STACK OF MONEY |
| 2 | | 07/25/2022 | ✓ | ✓ | PHOTO FROM DEFENDANT'S INSTAGRAM SHOWING WOMAN WITH STACK OF MONEY |
| 3 | | 07/25/2022 | ✓ | ✓ | 2 PHOTOS OF CHECKS PRINTED ON 2/4/20 AND PHOTO OF DEFT DEPOSITING ON 2/4/20 |
| 4 | | 07/25/2022 | ✓ | ✓ | 2 PHOTOS OF CHECKS PRINTED ON 2/5/20 AND PHOTO OF DEFT DEPOSITING ON 2/5/20 |
| 5 | | 07/25/2022 | ✓ | ✓ | 2 PHOTOS OF CHECKS PRINTED ON 2/14/20 AND PHOTO OF DEFT DEPOSITING ON 2/14/20 |
| 6 | | 07/25/2022 | ✓ | ✓ | PHOTO COPY OF 5 CHECKS PRODUCED |
| 7 | | 07/25/2022 | ✓ | ✓ | 3 IMAGES RECOVERED FROM DEFT'S INSTAGRAM PAGE OF CHECKS |
| 8 | | 07/25/2022 | ✓ | ✓ | 3 IMAGES RECOVERED FROM DEFT'S INSTAGRAM PAGE OF MULTIPLE UNEMPLOYMENT DEBIT CARDS AND A CAPTION MADE BY DEFT |
| 9 | | 07/25/2022 | ✓ | ✓ | PHOTO OF FAKE VENT IN DEFT AND PHOTOS OF DOCUMENTS RECOVERED FROM THE VENT (WALMART ENVELOPES, 4 DEBIT CARDS, 3 DRIVERS LICENSES AND A SOCIAL SECURITY CARD FOR THE DEFT |
| 10 | | 07/25/2022 | ✓ | ✓ | ILLINOIS DRIVER'S LICENSE FOR THE DEFT |
| 11 | | 07/25/2022 | ✓ | ✓ | RECEIPT FROM TROJAN ARMS & TACTICAL FOR A GLOCK 30S FIREARM – CUSTOMER TIFFANI ERIKA BROWN |
| 12 | | 07/25/2022 | ✓ | ✓ | FIREARM TRANSACTION RECORD COMPLETED BY TIFFANI ERIKA BROWN |
| 13 | | 07/25/2022 | ✓ | ✓ | INSTAGRAM POST BY DEFT "GLOCK 30S I SWEAR I'M NOT BLUFFIN" |
| 14 | | 07/25/2022 | ✓ | ✓ | INSTAGRAM PHOTO OF DEFT WITH A FIREARM AND PHOTO OF MULTIPLE FIREARMS AND MONEY/JEWELRY ON A BED |
| 15 | | 07/25/2022 | ✓ | ✓ | PHOTO COPY OF 2 CHECKS DEPOSITED INTO DEFT'S ACCOUNT ON 7/7/22 |
| 16 | | 07/25/2022 | ✓ | ✓ | INSTAGRAM POST BY DEFT "IF IT'S MY TIME IMA MAKE SURE I LOOK SWEET AS HELL ON THE NEWS HITTIN BACK BEFORE I GO" |
| 17 | | 07/25/2022 | ✓ | ✓ | INSTGRAM PHOTO OF DEFT WITH A FIREARM IN HIS HAND WITH THE CAPTION "AND I AIN'T GOING" |
| | ● | 07/25/2022 | | | CROSS EXAMINATION – BRANDON BAZEMORE (POSTAL INSPECTOR) |
| | ● | 07/25/2022 | | | DIRECT EXAMINATION – JANIS BERKLEY (DEFT MOTHER) |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.